JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0574 MHP |
|     Plaintiff, ) | |
|     v. ) | **STIPULATION and [proposed] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM FEBRUARY 26, 2009, UNTIL END OF PRE-TRIAL DIVERSION PROGRAM** |
| DONNISHA HARRELL, ) | |
|     Defendant. ) | |

    1.    The government and defendant Donnisha Harrell have entered into an "Agreement for Pre-Trial Diversion." Under the terms of that Agreement, the government has agreed to defer prosecution of the criminal charges against Donnisha Harrell in this case for a period of 12 months, provided that the defendant abides by certain conditions and requirements, including that she not violate any laws and that she perform 50 hours of community service.

    2.    As part of the Agreement, the defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(2) during the entire time period that prosecution is deferred.

STIPULATION and ORDER EXCLUDING STA TIME
CR 08-0574 MHP

3. The Speedy Trial Act, 18 U.S.C. § 3161(h)(2), provides that the following periods of delay shall be excluded in computing the time within which a trial must commence:

> Any period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct.

4. Accordingly, the government and defendant Donnisha Harrell jointly move for an exclusion of time under the Speedy Trial Act from February 26, 2009, until the end of defendant Harrell's diversion program.

Respectfully submitted,

Dated:   March 10, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Nat Cousins
Assistant United States Attorney

**AGREED** as of March 10, 2009, by,

/s/ Miranda Kane
COUNSEL FOR DONNISHA HARRELL

\* \* \*

## ORDER

For good cause shown upon the stipulated motion of the parties, the Court approves the deferred prosecution of defendant Donnisha Harrell and orders time excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(2), from February 26, 2009, until the end of defendant Harrell's diversion program.

Date: __3/10/2009_____



Hon.
United

STIPULATION and ORDER EXCLUDING STA TIME
CR 08-0574 MHP

2